1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN MATHEIN, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>PIER 1 IMPORTS, INC.; PIER 1 IMPORTS (U.S.), INC.; and DOES 1 through 10, inclusive,<br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 1: 16-cv-00087-DAD-SAB

**CLASS ACTION**

**ORDER RE STIPULATION TO FILE FIRSTAMENDED COMPLAINT**

**(ECF No. 16)**

## STIPULATION

   WHEREAS, on January 20, 2016, Lauren Mathein ("Plaintiff") filed the Complaint in this matter;

   WHEREAS, Pier 1 Imports (U.S.), Inc. and Pier 1 Imports, Inc. ("Defendants") filed their Answer on March 14, 2016;

   WHEREAS, a former employee of Defendant Pier 1 Imports (U.S.), Inc. wishes to serve as a second class representative in this matter;

WHEREAS, Plaintiff also wishes to add two additional causes of action that derive from the core factual allegations in this matter; namely, Defendant Pier 1 Imports (U.S.), Inc.'s "Call-In," or "Flex Shift" scheduling policy;

WHEREAS, because Defendants have filed an answer in this matter, Plaintiff may no longer amend her complaint as a matter of right; and

WHEREAS, the parties agree that placing all potential claims relating to Defendant Pier 1 Imports (U.S.), Inc.'s "Call-In" or "Flex Shift" scheduling policy at issue at this time would result in the most efficient use of the Court's and parties' resources, and would maintain judicial efficiency.

THEREFORE, the parties, through their respective counsel of record, stipulate that:

(a)     Plaintiff will file the First Amended Complaint, attached hereto as Exhibit A, within seven (7) days of an order granting this Stipulation; and

(b)     Defendants will have twenty-eight (28) days from the date Plaintiff files her First Amended Complaint to file their responsive pleading.

**IT IS SO STIPULATED.**

DATED:  August 30, 2016              **MARLIN & SALTZMAN, LLP**

By:  /s/  David C. Leimbach
David C. Leimbach
Attorneys for Plaintiff


DATED:  August 30, 2016              **AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP
GALIT A. KNOTZ
JONATHAN S. CHRISTIE


By  /s/ Gregory W. Knopp
Gregory W. Knopp
Attorneys for Defendant, Pier 1 Imports, Inc. and
PIER 1 IMPORTS (U.S.), INC.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1.     Plaintiff shall file her First Amended Complaint within seven (7) calendar days of

the date this Order is filed; and

2.     Defendants' response thereto shall be filed within twenty-eight (28) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated:   **September 2, 2016**

_____

UNITED STATES MAGISTRATE JUDGE