UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN MATHEIN, and CHRISTINE SABAS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>PIER 1 IMPORTS, INC.; PIER 1 IMPORTS (U.S.), INC.; and DOES 1 to 100, inclusive,<br><br>                    Defendants. | No. 1:16-cv-00087-DAD-SAB<br><br>ORDER GRANTING JOINT STIPULATION EXTENDING PLAINTIFFS' DEADLINE TO FILE A MOTION FOR CLASS CERTIFICATION<br><br>(Doc. No. 23) |

      On May 9, 2016, the court issued a scheduling order in this putative class action, setting a January 13, 2017 deadline for completing class certification discovery, and a February 10, 2017 deadline for the filing of a motion for class certification. (Doc. No. 15 at 2.) On September 2, 2016, the court approved the parties' stipulation to permit plaintiffs to file a first amended complaint. (Doc. No. 19.) On September 8, 2016, plaintiffs filed their first amended complaint in which they named an additional plaintiff and alleged two additional claims. (Doc. No. 21.) The parties represent that on October 20, 2016, they met and conferred and discussed the class certification briefing schedule, including the depositions of the added plaintiff and Pier 1's company representative that needed to be taken before the certification briefing, as well as the likelihood that expert and putative class member depositions may need to be taken in connection

1   with the certification briefing.  (Doc. No. 23 at 2.)  Consequently, on December 21, 2016, the
2   parties filed a joint stipulation seeking to extend the deadline for plaintiffs' filing of a motion for
3   class certification.  (*Id*. at 3.)

4   Pursuant to the parties' stipulation and good cause appearing, the schedule in this action
5   will be modified and the following filing deadlines will now apply:

6   1. The class certification discovery deadline is continued from January 13, 2017 to February
7      10, 2017;
8   2. Plaintiffs' deadline for the filing of a motion for class certification is continued from
9      February 10, 2017 to March 17, 2017;
10  3. Defendants' deadline to file an opposition to the class certification motion, if any, will
11     now be April 28, 2017;
12  4. Plaintiffs' deadline to file a reply in support of their class certification motion, if any, will
13     now be May 19, 2017; and
14  5. Plaintiff's motion for class certification will now be heard on June 6, 2017 at 9:30 a.m. in
15     the courtroom of the undersigned.

16  IT IS SO ORDERED.

17  Dated:   **December 21, 2016**
18                                              UNITED STATES DISTRICT JUDGE