UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN MATHEIN, and CHRISTINE SABAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PIER 1 IMPORTS, INC.; PIER 1 IMPORTS (U.S.), INC.; and DOES 1 to 100, inclusive,<br><br>Defendants. | No. 1:16-cv-00087-DAD-SAB<br><br>ORDER GRANTING JOINT STIPULATION EXTENDING PLAINTIFFS' DEADLINE TO FILE A MOTION FOR CLASS CERTIFICATION<br><br>(Doc. No. 25) |

On February 2, 2017, the parties in this action filed a joint stipulation and proposed order extending the deadline for plaintiffs' filing of a motion for class certification. (Doc. No. 25.) The parties note that additional time is needed to complete discovery necessary to litigate the issue of class certification. (*Id*. at 2.) The court will therefore grant the stipulated to extension of time and set the following deadlines as requested by the parties:

1. The deadline for completing class certification discovery is continued from February 10, 2017 to April 21, 2017;

2. The deadline for plaintiffs' filing of their motion for class certification is continued from March 17, 2017 to May 19, 2017;

/////

1

3. Defendants' opposition to the motion for class certification shall now be filed and served on or before June 30, 2017;

4. Plaintiffs' deadline to file a reply, if any, will now be July 21, 2017; and

5. The hearing on plaintiff's motion for class certification will now be held on August 1, 2017 at 9:30 a.m. in Courtroom 5 before the undersigned.

IT IS SO ORDERED.

Dated:   **February 2, 2017**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE