UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN MATHEIN and CHRISTINE SABAS, on behalf of themselves and all other individuals similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PIER 1 IMPORTS, INC.; PIER 1 IMPORTS (U.S.); and DOES 1 to 100, inclusive,<br><br>Defendants. | No. 1:16-cv-00087-DAD-SAB<br><br>ORDER ON PLAINTIFF'S APPLICATION TO EXTEND PAGE LIMITATION FOR THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION<br><br>(Doc. No. 28) |

Before the court is an application to extend page limitation for opposition to defendants' motion for summary judgment, or in the alternative summary adjudication. (Doc. No. 28.) Finding good cause, the court grants relief from the page limitation with respect to the opposition and reply briefs. Accordingly,

1. Plaintiffs Lauren Mathein and Christine Sabas may file an opposition brief to defendants' motion for summary judgment not exceeding thirty-five (35) pages;

/////

/////

1

2. In response to plaintiffs, defendants Pier 1 Imports, Pier 1 Imports (U.S.), and Does 1 to 100, may file a reply brief not exceeding twenty (20) pages.

IT IS SO ORDERED.

Dated: **February 27, 2017**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE