# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN MATHEIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PIER 1 IMPORTS, INC., et al., <br><br> Defendants. | Case No. 1:16-cv-00087-DAD-SAB <br><br> ORDER REQUIRING THE PARTIES TO FILE DISPOSITIONAL DOCUMENTS <br><br> DEADLINE: SEPTEMBER 15, 2017 |

On August 15, 2017, the parties filed a stipulation informing the Court that the parties have reached settlement resolving this action. (ECF No. 38.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before September 15, 2017.

IT IS SO ORDERED.

Dated: **August 16, 2017**

UNITED STATES MAGISTRATE JUDGE

1