# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN MATHEIN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PIER 1 IMPORTS (U.S.), INC., et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-00087-DAD-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE PIER 1 IMPORTS, INC. FROM THIS ACTION<br><br>(ECF No. 43) |

This action was filed on January 20, 2016. (ECF No. 1.) On September 15, 2017, Plaintiffs filed a motion for preliminary approval of class action settlement with Defendant Pier 1 Imports (U.S.), Inc. (ECF No. 42.) On September 20, 2017, the parties filed a joint stipulation dismissing only Defendant Pier 1 Imports, Inc. with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (ECF No. 43.)

In light of the stipulation of the parties, Defendant Pier 1 Imports, Inc. has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without an award of costs or attorneys' fees.

///

///

///

///

1

Accordingly, the Clerk of the Court is DIRECTED to terminate Defendant Pier 1 Imports, Inc. from this action and this action proceeds against Defendant Pier 1 Imports (U.S.), Inc.

IT IS SO ORDERED.

Dated: **September 21, 2017**

UNITED STATES MAGISTRATE JUDGE