UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN MATHEIN and CHRISTINE SABAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PIER 1 IMPORTS (U.S.), INC.,<br><br>Defendants. | Case No. 1:16-cv-00087-DAD-SAB<br><br>ORDER REGARDING PRELIMINARILY APPROVED CLASS SETTLEMENT ADMINISTRATION COSTS<br><br>(Doc. No. 50.) |

On December 12, 2017, the court issued an order granting preliminary approval of a class action settlement in this action. (Doc. No. 49.) The order preliminarily approved fees to administer the settlement in the amount of $62,500. (*Id.* at 10.) On January 8, 2018, Lauren Mathein and Christine Sabas ("plaintiffs") and defendant Pier 1 Imports (U.S.), Inc. filed a stipulation with the court stating that the class administrator's estimated cost to administer the settlement has increased to $70,000 from the preliminarily approved amount of $62,500. (Doc. No. 50 at 2.) The increased cost estimate for the class administrator is due to an increase from 9,339 to 9,964 class members and the additional cost of sending a notice to the attorneys general of 45 states and the United States, pursuant to the Class Action Fairness Act ("CAFA").

Based upon the parties' stipulation, the court finds it appropriate to update the budgeted claims administration cost to $70,000 and preliminarily approve that amount. However, the final

1

cost of the settlement administrator will be approved at the time of final approval of the class action settlement as set forth in the court's prior preliminary approval order.  (*See* Doc. No. 49 at 19–20.)

IT IS SO ORDERED.

Dated: __**January 12, 2018**__   /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE